IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORENZO GRAHAM,
         Plaintiff
   v.                             **Judgment in a Civil Case**
ROBERT C. LEWIS; JOHN DOE; FINESSE
COUCH; GERALD J. BRANKER; DR.
KYERMATEN; MADONNA GOODWIN,
         Defendants.                Case Number: 5:10-CT-3044-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants Lewis, Doe, Couch, Branker and Kyermaten having been dismissed earlier in the action, the remaining defendant's motion to dismiss is granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on December 22, 2011, with service on:</u>
Lorenzo Graham 0152010, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)
Elizabeth McCollough (via CM/ECF Notice of Electronic Filing)
Kelly Street (via CM/ECF Notice of Electronic Filing)

December 22, 2011                                /s/ Dennis P. Iavarone
                                                                     Clerk

Raleigh, North Carolina