IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORENZO GRAHAM,
        Plaintiff
   v.                              **Judgment in a Civil Case**
ROBERT C. LEWIS; JOHN DOE; FINESSE
COUCH; GERALD J. BRANKER; DR.
KYERMATEN; MADONNA GOODWIN,
        Defendants.             Case Number: 5:10-CT-3044-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants Lewis, Doe, Couch, Branker and Kyermaten having been dismissed earlier in the action, the remaining defendant's motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on December 22, 2011, with service on:
Lorenzo Graham 0152010, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)
Elizabeth McCollough (via CM/ECF Notice of Electronic Filing)
Kelly Street (via CM/ECF Notice of Electronic Filing)

December 22, 2011                              /s/ Dennis P. Iavarone
                                                                   Clerk

Raleigh, North Carolina